

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2018

No. 04-18-00156-CV

**MMM 410 BAR AND GRILL, LLC,**
Appellant

v.

Jose **FONG**, Ericka Fong, Loop 410 Development, LTD Co., and EFJFM, LLC,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01524
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief was filed July 9, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court